NO. 07-06-0332-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 8, 2007
_____

DR. NYLA PTOMEY, APPELLANT

V.

TEXAS TECH UNIVERSITY, APPELLEE
_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-523,777; HONORABLE WILLIAM C. SOWDER, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Nyla Ptomey perfected appeal from a summary judgment in favor of Texas Tech University on her claims of employment discrimination and retaliation. The clerk's record was filed October 17, 2006. This Court granted motions to extend the time for filing appellant's brief on November 28, 2006 and January 10, 2007. Appellant's third motion for extension of time became moot on the filing of a twelve-volume supplemental clerk's record on April 2, 2007. We granted appellant's fourth motion for extension of time on May 7, 2007 and her original brief was received May 11, 2007. By letter dated May 16,

2007, we notified appellant her brief did not substantially comply with Rules of Appellate Procedure 9 and 38. Notably, no copy of the brief was signed, or contained a prayer for relief or certificate of service. *See* Tex. R. App. P. 9.1(a), 9.5(e), 38.1(i). Appellant was directed to file a corrected brief on or before Tuesday, May 29, 2007, and advised the failure to do so would result in dismissal of the appeal. No brief or other response has been received.

Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a directive of this Court. *See* Tex. R. App. P. 42.3(b) & (c).

Per Curiam

2